UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| COCO RICO, LLC | |
| PLAINTIFF | CIVIL NO.  21-01390 (MEL) |
| VS. | |
| UNIVERSAL INSURANCE COMPANY | |
| DEFENDANT | |

**JOINT MOTION REQUESTING MODIFICATION OF CERTAIN CASE DEADLINES**

TO THE HONORABLE COURT:

**COME NOW**, the parties, through their counsels of record, and respectfully request and pray as follows:

1. This honorable court as per ECF 26, on February 9, 2022, set the discovery timetable in the present case.

2. Because of previous work commitments and other unforeseen circumstances, plaintiff's experts have not been able to complete their expert reports related to the present case nor the plaintiff has been able to produce certain discovery requests that are dependent on the expert reports to be produced.

3. Both parties met at the request of the plaintiff, to discuss certain events deadline modifications as per the timetable set by this Honorable Court.  The parties agreed to jointly submit the requested changes to certain discovery events only, keeping the rest of them unaltered. It is not foreseen that other changes be needed to the events calendar of this case.

4. It is jointly respectfully requested that this honorable court allow the modification of certain event deadlines as follows:

**EVENT**                                                              **NEW DEADLINE**

| Tender Answers to Defendant's Interrogatories and production of documents | May 5, 2022 |
|---|---|
| Serve Plaintiff's Expert Report | May 5, 2022 |
| Serve Subpoenas | May 5, 2022 |
| Objections to Answers | June 6 ,2022 |
| Motion to Compel Answer | June 20, 2022 |
| Motion to Dismiss | July 20, 2022 |
| Opposition to Motion to Dismiss | August 22,2022 |
| Depositions | August 2, 16, 30, 31, 2022 |

**WHEREFORE,** the parties jointly request that the modification of the events suggested by the parties are approved and allowed by this honorable court.

**WE CERTIFY:** that the foregoing motion was filed with the Clerk of the Court and notified to the parties, via the CM/ECF system of the Court.

Respectfully Submitted in San Juan, Puerto Rico, this 19th day of April, 2022

| Attorneys for Plaintiffs | Attorneys for Universal Insurance Company |
|---|---|
| */S/Julián R. Rivera-Aspinall*<br>Julián R. Rivera-Aspinall<br>USDC PR NO. 208506<br>Rivera-Aspinall, Garriga & Fernandini<br>1647 Adams St.<br>Summit Hill<br>San Juan, PR 00920-4510<br>787-792-8644<br>Fax: 787-792-6475<br>Email: aspinall@ragflaw.com<br><br>*/S/Eduardo R. Jenks Carballeira*<br>EDUARDO R. JENKS CARBALLEIRA<br>USDC PR NO. 300110<br>Email: edjenks@yahoo.com | <br><br>www.CSTLAWPR.com<br>PO Box 195075<br>San Juan, PR 00919-5075<br>Tel.: (787) 523-3434<br>Fax: (787) 523-3433<br>lramos@cstlawpr.com<br>etejeda@cstlawpr.com<br><br>*s/Luis R. Ramos Cartagena*<br>Luis R. Ramos Cartagena<br>USDC-PR Bar No. 220310<br><br>*s/Edna M. Tejeda-Oyola*<br>Edna M. Tejeda Oyola<br>USDC-PR Bar No. 219803 |